IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MELVIN BURKE,

    Petitioner,

v.                                             CASE NO. 4:04-cv-00492-MP-WCS

JAMES V CROSBY, JR,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 15, Report and Recommendation of the Magistrate Judge, recommending that Mr. Burke's § 2255 petition be denied. The Petitioner filed objections, doc. 16, which the Court has reviewed.

Petitioner challenges his conviction on two grounds: (1) his two counsels were allegedly ineffective for asking for a continuance past the speedy trial deadline; and (2) he was denied due process at trial because a juror failed to reveal that she had known the victim's father when both the juror and father had been children. The Court agrees with the Magistrate Judge that the issues in the trial were complicated and required extensive research; therefore asking for a continuance was a reasonable strategic choice on the part of the attorney. Second, the Court agrees that the petitioner has not shown any prejudice based on the juror's conduct. As the Magistrate Judge notes, the juror stated in a post-trial hearing that she did not know the victim at all, and only knew the father of the victim through encounters when the father of the victim was in his teen years, presumably before he had children, 15 or more years earlier. Also, at the time of

the trial, the juror did not recognize the father of the victim when she saw him. She stated that she did not reveal this information because she felt she could be fair as a juror.  Therefore, it was not unreasonable for the state court to find that no prejudice was shown by the failure of the juror to reveal he knowledge of the father.  Accordingly, it is hereby

> **ORDERED AND ADJUDGED:**
>
> 1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.
>
> 2.     The petition is denied, and the clerk is directed to close the file.
>
> **DONE AND ORDERED** this  *17th*   day of October, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
